David Hirsch
212 506 3928
dhirsch@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

October 7, 2020

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
10/7/20

**Via ECF**
The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/7/2020

Re:   *Yony Sosa. v. The Talbots, Inc.*, No. 19-cv-10748-JGK

Dear Judge Koeltl,

We represent The Talbots, Inc. ("Talbots") in the above-referenced matter. The Parties have conferred and hereby jointly request that the Court stay this case.

While Talbots had intended to file a motion to dismiss as detailed in the March 2, 2020 letter (ECF 10), the Second Circuit currently has a series of almost identical Braille gift card cases pending before it on an expedited calendar in *Mendez v. AnnTaylor, Inc.*, Case No. 20-CV-1550. The Second Circuit's decision in that proceeding will impact the outcome of a motion to dismiss in this case.

Accordingly, both Parties request this Court to stay this matter pending the outcome of *Mendez v. AnnTaylor, Inc.* The Parties will inform the Court in a joint letter no later than ten days after the Second Circuit issues its decision.

We thank the Court for its consideration of this matter.

Respectfully submitted,

David Hirsch
*Attorney for Defendant The Talbots, Inc.*

cc:   Counsel of record (via ECF)