UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONY SOSA ET AL.,

Plaintiffs,

- against -

THE TALBOTS, INC.,

Defendant.

19-cv-10748 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The conference scheduled for April 25, 2022 is canceled.

SO ORDERED.

Dated: New York, New York
April 22, 2022

John G. Koeltl
United States District Judge