UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONY SOSA ET AL.,

                    Plaintiffs,            19-cv-10748 (JGK)

      - against -                     ORDER

THE TALBOTS, INC.,

                    Defendant.

JOHN G. KOELTL, District Judge:

In light of the recent decision of the Court of Appeals for the Second Circuit, see Calcano v. Swarovski N. Am. Ltd., 2022 WL 1788305 (2d Cir. June 2, 2022), the complaint is dismissed without prejudice for lack of subject matter jurisdiction. See, e.g., Mendez v. Victoria's Secret Stores, LLC, 19-cv-11435, ECF No. 19 (June 3, 2022); Calcano v. Tumi, Inc., 19-cv-9864, ECF No. 35 (June 7, 2022).

The plaintiff may file an amended complaint by July 18, 2022. The plaintiff should be aware of all of the cautions specified in the opinion of the Court of Appeals, as well as the additional requirements noted in the concurring opinion. The

plaintiff should be aware that discovery may be permitted with

respect to the allegations of subject matter jurisdiction.

SO ORDERED.
Dated:    New York, New York
          June 16, 2022

                                    John G. Koeltl
                            United States District Judge