UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONY SOSA,

               Plaintiff,

         - against -

THE TALBOTS, INC.,

               Defendant.

19-cv-10748 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time to file an amended complaint is extended to **September 28, 2022**. If the plaintiff fails to file an amended complaint by that date, the defendant may move by **October 14, 2022** by order to show cause to dismiss this case for failure to prosecute. If the defendant fails to move to dismiss by that date, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

Dated:    New York, New York
            September 14, 2022

                                       John G. Koeltl
                              United States District Judge